**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-2355**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

$13,963.00, MORE OR LESS, IN UNITED STATES CURRENCY (Donald
Jamal Wilson, Criminal No. 3:07-0034),

        Defendant – Appellee,

DONALD JAMAL WILSON,

        Claimant - Appellant.

_____

Appeal from the United States District Court for the Southern
District of West Virginia, at Huntington.  Robert C. Chambers,
District Judge.  (3:07-cv-00470)

_____

Submitted:  May 6, 2010           Decided:  June 9, 2010

_____

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Donald Jamal Wilson, Appellant Pro Se. Betty Adkins Pullin,
OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Jamal Wilson appeals the district court's order forfeiting currency to the United States. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. $13,963.00, More or Less, In United States Currency, No. 3:07-cv-00470 (S.D. W. Va. Sept. 30, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED